IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1147-AP

VANESSA BACON,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**
    For Plaintiff:
    Robert K. Gruber, #9413
    3500 South Wadsworth Blvd., Suite 215
    Lakewood, Colorado 80235-2382
    Telephone (303) 986-6400
    FAX (303) 986-6800
    E-mail: bobgruber@earthlink.net
    Attorney for Plaintiff Vanessa Bacon

    For Defendant:
    Debra J. Meachum
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    d_meachum@hotmail.com
    Debra.meachum@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**
    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**
    **A. Date Complaint Was Filed:** June 20, 2005
    **B. Date Complaint Was Served on U.S. Attorney's Office:** July 1, 2005
    **C. Date Answer and Administrative Record Were Filed:** August 26, 2005

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**
    The Administrative Records appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**
    The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**
There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**
There are no other matters.

**8. PROPOSED BRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:** Monday, October 17, 2005
**B. Defendant's Response Brief Due:** Wednesday, November 16, 2005
**C. Plaintiffs Reply Brief (If Any) Due:** Thursday, December 1, 2005

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**
Plaintiff does not request oral argument.
**B. Defendant's Statement:**
Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B. (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**
THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR

CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 15th day of September, 2005.

BY THE COURT:

**S/John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Robert K. Gruber
Robert K. Gruber
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net
Attorney for Plaintiff-Appellant

s/ Debra J. Meachum
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone (303 844-1570
debra.meachum@ssa.gov
d_meachum@hotmal.com
Attorney for Defendant-Appellee