IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01147-RPM

VANESSA BACON,

        Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant,
_____

ORDER AWARDING ATTORNEY'S FEES UNDER EAJA
_____

On May 8, 2006, the plaintiff applied for reasonable attorney's fees for her attorney, Robert K. Gruber, in this review of a denial of disability benefits, contending that the Commissioner's position in this litigation was not substantially justified. The defendant filed a response, opposing the application under 28 U.S.C. § 2412 on the ground that the Commissioner's position was substantially justified. The arguments presented in opposition to the application are simply repetitious of the arguments made in this case. As this Court found in the order of March 10, 2006, reversing the decision and directing the award of benefits, the Appeals Council adopted an ALJ decision which unreasonably rejected a psychiatrist's evaluation of the claimant and the findings of the ALJ regarding the claimant's educational achievements, employment and activities were not supported by the evidence. The defendant has not opposed the

reasonableness of the fees requested.  It is now

ORDERED that pursuant to 28 U.S.C. § 2412, the plaintiff is awarded a fee for her attorney Robert K. Gruber in the amount of $7,618.08.

DATED: May 26th, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge